IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



LISA M. LOTT, §
 §
Plaintiff, §
 §
VS. §
 § NO. 4:07-CV-140-A
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY, §
 §
Defendant. §

## O R D E R

Came on for consideration the above-captioned action wherein Lisa M. Lott is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act. On March 20, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until April 10, 2008, to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that the Commissioner's decision of July 28, 2006, be, and is hereby, reversed, and that this action be,

and is hereby, remanded to the Commissioner for further proceedings consistent with the findings, conclusions, and recommendation that the court has accepted.

SIGNED April 17, 2008.

_____
JOHN McBRYDE
United States District Judge